AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>Thomas Sandgaard<br>*Defendant* | )<br>)  Case No.  1:26-cr-5-JJM-PAS-1<br>)           26-mj-12-SBP<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Thomas Sandgaard                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud, Health Care Fraud and Securities Fraud;
18 U.S.C. § 1347 - Health Care Fraud;
18 U.S.C. § 1341 - Mail Fraud;
18 U.S.C. § 1028A - Aggravated Identity Theft; and
18 U.S.C. § 2 - Aiding and Abetting.

Date:  1/14/2026                                                          /s/ *Kayla DaCruz*
                                                                                           *Issuing officer's signature*

City and state:   Providence, Rhode Island                     Kayla DaCruz, Deputy Clerk
                                                                                           *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                           _____
                                                                       *Arresting officer's signature*

                                                                       _____
                                                                       *Printed name and title*