PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☒ INDICTMENT  ☐ COMPLAINT   CASE NO.  1:26-cr-5-JJM-PAS-1

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: Thomas Sandgaard
Address: [REDACTED]

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  RHODE ISLAND
DISTRICT OF RHODE ISLAND  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
CHARLES C. CALENDA
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): Sara M. Bloom & Peter I. Roklan

☐ Interpreter Required   Dialect: _____

Birth Date: [REDACTED]   ☒ Male  ☐ Female   ☐ Alien (if applicable)

PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
HHS-OIG ~ Lindsay Walford

Social Security Number [REDACTED]

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO

DEFENDANT

Issue:  ☒ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

Place of offense: RHODE ISLAND   County: Providence

OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 15

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attached | | ☐ Felony  ☐ Misdemeanor |
| | | | ☐ Felony  ☐ Misdemeanor |
| | | | ☐ Felony  ☐ Misdemeanor |
| | | | ☐ Felony  ☐ Misdemeanor |
| | | Estimated Trial Days: 20 | ☐ Felony  ☐ Misdemeanor |